IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MEENOO CHAHBAZI <br><br> and <br><br> SHABEH JOMEH D.C. <br><br> Plaintiffs, <br><br> v. <br><br> JAMIE MICHAEL HESS <br><br> Defendant. | Civil Action No. 08-00047 (JDB) |

## JOINT STATUS REPORT

Pursuant to the Court's February 5, 2008 Order, the parties hereby submit this Joint Status Report in preparation for the Initial Scheduling Conference, set for March 13, 2008, at 9:00 a.m. Counsel for the plaintiffs and the pro se defendant met in person on February 12, 2008 to discuss discovery issues, have engaged in further written communications, and followed up with a teleconference on March 5, 2008. The issues discussed, and the parties' mutual agreements, are as follows:

1. **DISPOSITIVE MOTIONS:** No dispositive motions were filed in this case that warrant postponement of discovery.

2. **JOINING PARTIES, AMENDING PLEADINGS OR NARROWING ISSUES:** The parties propose that amendment of pleadings and/or joinder of parties without leave of court must occur by April 14, 2008. The parties have not identified any opportunities for narrowing the issues at this time.

3. **TRIAL BY MAGISTRATE:** The parties do not consent to a trial presided over by a Magistrate Judge of this Court. The parties, however, do request a trial by jury.

4. **SETTLEMENT DISCUSSIONS:** The parties have engaged in preliminary settlement discussions. At this time, the parties have been unable to reach any final settlement agreement.

5. **ALTERNATIVE DISPUTE RESOLUTION:** The parties are in favor of non-binding mediation pursuant to the rules of the United States District Court Mediation Program.

6. **SUMMARY JUDGMENT:** The parties agree that summary judgment motions (if any) must be filed by October 3, 2008. Responses will be due two weeks thereafter, on October 17, 2008. Replies will be due one week later, on October 24, 2008.

7. **INITIAL DISCLOSURES:** The parties stipulate to dispense with the initial disclosures as outlined in Fed. R. Civ. P. 26(a)(1).

8. **EXTENT OF DISCOVERY:** The parties propose a five month discovery schedule (which will include both fact and expert discovery), beginning April 14, 2008 and concluding on August September 15, 2008. The parties propose adherence to the Local Rules and Federal Rules, except as follows: each party is presumptively limited to 25 interrogatories. Furthermore, each party is presumptively limited to taking 25 depositions, excluding expert depositions. A party must obtain a stipulation of the opposing party or leave of court if a proposed deposition would result in more than 25 depositions being taken by that party.

9. **EXPERT WITNESS REPORTS AND INFORMATION**: Parties shall disclose the identity of any expert that shall testify on behalf of a party (either on opening or rebuttal) on July 14, 2008. The parties shall serve simultaneous initial expert reports on August 1, 2008. Response expert reports will be due three weeks later, on August 22, 2008. Replies will be due on September 5, 2008.

10. **CLASS ACTIONS**: Rule 23 is not applicable to Plaintiffs.

11. **BIFURCATED TRIAL AND/OR DISCOVERY**: At the present time, the parties do not see the need for bifurcated trial or discovery.

12. **PRE-TRIAL CONFERENCE**: The parties propose that the Pre-Trial Conference be set on or about November 14, 2008.

13. **TRIAL DATE**: The parties respectfully request the Court to set a firm trial date at the pre-trial conference.

14. **OTHER MATTERS**: There are no other matters relating to the just, speedy, and inexpensive determination of this action that counsel for the parties wish to confer about or raise with the Court at this time.

Dated:  March 6, 2008

*Jamie Hess*
3225 Grace Street, N.W. # 203
Washington, D.C. 20007

*Pro Se Defendant*

Respectfully submitted,

Colin R. Kass, D.C. Bar No. 460630
Scott M. Abeles, D.C. Bar No. 485501
Reyna S. Walters, D.C. Bar No. 978747
KIRKLAND & ELLIS LLP
655 Fifteenth Street N.W., Suite 1200
Washington, D.C. 20005
T:  (202) 879-5000
F:  (202) 879-5200

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyers' Committee for Civil Rights
and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of March 2008, a true and correct copy of this JOINT STATUS REPORT was served by email and U.S. Mail on the following:

Jamie Hess
3225 Grace Street, N.W. # 203
Washington, D.C. 20007

                              Colin R. Kass, D.C. Bar No. 460630
                              KIRKLAND & ELLIS LLP
                              655 Fifteenth Street N.W., Suite 1200
                              Washington, D.C. 20005
                              (202) 879-5000