IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MEENOO CHAHBAZI )<br>)<br>and )<br>)<br>SHABEH JOMEH D.C. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JAMIE MICHAEL HESS )<br>)<br>Defendant. ) | Civil Action No. 08-00047 (JDB) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Reyna S. Walters, of Kirkland & Ellis LLP, is entering an appearance as counsel of record on behalf of Plaintiffs, MEENOO CHAHBAZI and SHABEH JOMEH D.C. Ms. Walters is currently admitted to practice in the United States District Court for the District of Columbia. Counsel requests that all further notices and copies of pleadings, papers and other materials relevant to this action be directed and served upon all counsel.

Respectfully submitted,

Reyna S. Walters, D.C. Bar No. 978747
KIRKLAND & ELLIS LLP
655 Fifteenth Street N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2008, a true and correct copy of this NOTICE OF ENTRY OF APPEARANCE OF COUNSEL was served in the manner described below:

By Federal Express Delivery:

Jamie Hess
3225 Grace Street, N.W. # 203
Washington, D.C. 20007

*Reyna M Walters*

Reyna S. Walters, D.C. Bar No. 978747
KIRKLAND & ELLIS LLP
655 Fifteenth Street N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000