IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEENOO CHAHBAZI** ) | |
| ) | |
| and ) | |
| ) | Civil Action No. 08-00047 (JDB) |
| **SHABEH JOMEH D.C.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **JAMIE MICHAEL HESS** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Scott M. Abeles, of Kirkland & Ellis LLP, is entering an appearance as counsel of record on behalf of Plaintiffs, MEENOO CHAHBAZI and SHABEH JOMEH D.C. Mr. Abeles is currently admitted to practice in the United States District Court for the District of Columbia. Counsel requests that all further notices and copies of pleadings, papers and other materials relevant to this action be directed and served upon all counsel.

Respectfully submitted,

Scott M. Abeles, D.C. Bar No. 485501
KIRKLAND & ELLIS LLP
655 Fifteenth Street N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2008, a true and correct copy of this NOTICE OF APPEARANCE OF COUNSEL was served in the manner described below:

By Federal Express Delivery:

Jamie Hess
3225 Grace Street, N.W. # 203
Washington, D.C. 20007

_/s/ Reyna S. Walters_
Reyna S. Walters
KIRKLAND & ELLIS LLP
655 Fifteenth Street N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000