UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEENOO CHAHBAZI, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>JAMIE MICHAEL HESS,<br><br>    Defendant. | Civil Action No. 08-00047 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held on this date, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. The deadline for amending pleadings or adding parties is April 14, 2008.

2. Dispositive motions shall be filed by not later than October 3, 2008. Responses thereto are due by not later than October 17, 2008. Replies thereto are due by not later than October 24, 2008.

3. Discovery shall commence on April 14, 2008 and concluded by September 15, 2008.

4. The parties are limited to thirty (30) written discovery requests per side. The parties are limited to ten (10) depositions per side.

5. Plaintiffs shall identify their expert witness reports and information by not later than August 1, 2008. Defendant shall identify his expert witness reports and information by not later than August 22, 2008. Plaintiffs then have until September 5, 2008 to file any additional expert information.

6. A status conference is scheduled for September 23, 2008 at 9:00 a.m.

Pursuant to the status conference held on this date and upon consideration of the entire record, it is hereby **ORDERED** that this matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days.

**SO ORDERED**.

                                                /s/ John D. Bates
                                            JOHN D. BATES
                                       United States District Judge

Date: March 13, 2008