REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>08-47 | DATE REFERRED:<br>04/16/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussion | JUDGE:<br>JOHN D. BATES | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S):<br>MEENOO CHAHBAZI, ET AL | DEFENDANT(S):<br>JAMIE MICHAEL HESS |
|---|---|

ENTRIES: