AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MENOO CHAHBAZ et al.

        Plaintiff(s)     )
                        )   **APPEARANCE**
                        )
        vs.              )
JAIME HESS                      )   CASE NUMBER   Civil Action No. 08-00047 (JDB)
                        )
        Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  David L. Lowans, Esq.  as counsel in this
                               (Attorney's Name)

case for:  Jaime Hess
           (Name of party or parties)


April 10, 2008                          _David L. Lowans_
Date                                    Signature

266635                                  David L. Lowans, Esq.
BAR IDENTIFICATION                      Print Name

                                        1800 Redwood Terrace NW
                                        Address

                                        Washington    DC     20012
                                        City          State  Zip Code

                                        (202) 882-0700
                                        Phone Number