IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MEENOO CHAHBAZI<br><br>and<br><br>SHABEH JOMEH D.C.<br><br>      Plaintiffs,<br><br>v.<br><br>JAMIE MICHAEL HESS<br><br>      Defendant. | Civil Action No. 08-00047 (JDB/AK) |

### NOTICE OF VOLUNTARY DISMISSAL BY STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Ms. Meenoo Chahbazi and Shabeh Jomeh D.C., hereby dismiss this action with respect to its claims against Defendant Jamie Michael Hess. The parties have agreed to dismiss the above-captioned action in its entirety, with prejudice and without further expense.

Dated: July 28, 2008

Respectfully submitted,

*/s/ Reyna Walters*

Colin Kass, D.C. Bar No. 460630
Scott M. Abeles, D.C. Bar No. 485501
Reyna Walters, D.C. Bar No. 978747
KIRKLAND & ELLIS LLP
655 Fifteenth Street N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293

*/s/ David L. Lowans*

David Lowans, D.C. Bar No. 266635
ATTORNEY AT LAW
1800 Redwood Terrace, N.W.
Washington, D.C. 20012
(202) 882-0700
david@lowanslaw.com

*Attorney for Defendant*

Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
(202) 319-1000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28 day of July 2008, a true and correct copy of this NOTICE OF VOLUNTARY DISMISSAL BY STIPULATION was served in the manner described below:

By Electronic Mail:

David Lowans, Attorney at Law
1800 Redwood Terrace, N.W.
Washington, D.C. 20012
david@lowanslaw.com

                                        Reyna S. Walters, D.C. Bar No. 978747
                                        KIRKLAND & ELLIS LLP
                                        655 Fifteenth Street N.W., Suite 1200
                                        Washington, D.C. 20005
                                        (202) 879-5000